UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS VANOVER,<br><br>Defendant. | Case No. 22-50630<br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION
TO APPROVE PROPOSED
GARNISHEE ORDER TO PAY**

After the United States initiated this action to request a writ of continuing garnishment against funds payable to the Curtis Vanover by garnishee Ford Motor Company, the defendant filed objections and requested a hearing.  ECF No. 1; ECF No. 5.  The Honorable David M. Lawson then referred the matter to the undersigned to hold a hearing and prepare a report and recommendation under 28 U.S.C. § 636(b).  ECF No. 6.  At the hearing on May 27, 2022, counsel for the government and Vanover reported that they had reached an agreement that Vanover's wages would be garnished at a rate of 15%.  A proposed order

memorializing the party's agreement is attached and this Court

**RECOMMENDS** that Judge Lawson approve the proposed order.

|                       | s/Elizabeth A. Stafford          |
|-----------------------|----------------------------------|
|                       | ELIZABETH A. STAFFORD            |
| Dated: May 27, 2022   | United States Magistrate Judge   |

## <u>NOTICE TO THE PARTIES ABOUT OBJECTIONS</u>

Within 14 days of being served with this report and recommendation,

any party may serve and file specific written objections to this Court's

findings and recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b)(2).  If a party fails to timely file specific objections, any further appeal

is waived.  *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991)*.*  And

only the specific objections to this report and recommendation are

preserved for appeal; all other objections are waived.  *Willis v. Secretary of*

*HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2,"

etc., and **must specify** precisely the provision of this report and

recommendation to which it pertains.  Within 14 days after service of

objections, **any non-objecting party must file a response** to the

objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.  The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation.  If the Court determines that any objections are without merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 27, 2022.

<div align="center" style="margin-left:40%">

s/Marlena Williams
MARLENA WILLIAMS
Case Manager

</div>