UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case Number 22-50630

v.                                        Honorable David M. Lawson
                                          Magistrate Judge Elizabeth A. Stafford

CURTIS VANOVER,

        Defendant,

and

FORD MOTOR COMPANY,

        Garnishee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GARNISHEE ORDER TO PAY

On March 18, 2022, the government initiated this miscellaneous proceeding by filing a request for issuance of a writ of continuing garnishment against funds payable to the defendant by garnishee Ford Motor Company. The garnishment of funds was sought to satisfy the judgment debt owed by defendant Curtis Vanover arising from a judgment of restitution entered in a separate criminal proceeding, *United States v. Vanover*, No. 18-20464. The Clerk issued the requested writ, which was served on the garnishee and the defendant on March 29, 2022. The garnishee filed an answer to the writ indicating that it regularly pays weekly wages to the defendant, and the defendant filed objections. The matter was referred to the assigned magistrate judge to conduct a hearing and issue a report and recommendation on the objections to the garnishment.

United States Magistrate Judge Elizabeth Stafford scheduled a hearing on May 26, 2022 to address the defendant's objections. Subsequently, she filed a report indicating that the parties had met prior to the start of the hearing and reached a mutually satisfactory resolution. The terms of their agreement were placed on the record, and the defendant indicated his consent to entry of a

garnishee order to pay according to the following terms. No party has filed any objections to the report and recommendation, and the time for doing so has passed.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 10) is **ADOPTED**, and the following is further **ORDERED**:

1. Commencing from April 6, 2022, garnishee Ford Motor Company, shall withhold 15% of Curtis Vanover's net earnings (including salary, commission, bonus or other pay) in accordance with the provisions of 15 U.S.C. § 1673(a).

2. The funds so withheld shall be promptly remitted to Clerk of the Court (USDC-EDMI), Attn: Financial, 231 W. Lafayette, Detroit, MI 48226, with the payment made payable to the United States.

3. The Clerk of the Court shall distribute said funds in accordance with the provisions of the judgment in Case Number 18-20464.

4. The garnishment shall remain in place until such time as the garnishee no longer has custody or control of any funds belonging to defendant Curtis Vanover, the judgment is paid in full, or until further order of the Court.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   June 27, 2022